IN THE MAGISTRATE COURT OF ROCKDALE COUNTY
STATE OF GEORGIA

CAPTAIN CONSTRUCTION,
VICTOR JAAD,

        Plaintiffs,

vs.                            CIVIL ACTION FILE
                               NO. 2010-MAG-6098

DORWAIN BESS,

        Defendant.

## ANSWER TO DISPOSSESSORY COMPLAINT

**COMES NOW DORWAIN BESS**, Defendant, In Propria Persona, and tenders Defendant's Answer to Dispossessory Complaint and shows the Honorable Court as follows:

I.    Defendant admits that Defendant is in and under a contractual arrangement with the Plaintiff.

II.   Defendant denies Plaintiff's financial claims and demands strict before the trier of fact.

III.  **COUNTERCLAIM**

Defendant filed the following counterclaim against the Plaintiff to wit:

A.   Financial Counterclaim of

B.   Wilful and Deliberate Bad Faith Conduct committed against Defendant.

1

EXHIBIT-B

C.  In excess of Two Hundred Thousand ($200,000.00) Dollars caused by the Plaintiff's wilful and deliberate conduct.

D.  A jury trial is demanded and transfer to the Superior Court in light of the fact that the Plaintiff and Defendant's legal claims, as advanced are in excess of the financial jurisdiction of the Honorable Court.

Respectfully submitted,

*Dorwain Bess*

Dorwain Bess
Defendant, In Propria Persona
2204 Victor Court
Loganville, GA 30022

2

## Certificate of Service

I hereby certify that I have served a copy of the foregoing legal pleading upon the Plaintiff by providing a copy of the same to the Clerk of the Magistrate Court who will forward a copy of the same to the Plaintiff in accordance with the rules and procedures by the Magistrate Court of Rockdale County.

*Dorwain Bess*
Dorwain Bess

Defendant, In Propria Persona
2204 Victor Court
Loganville, GA 30022

3