# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**                                **CIVIL SECTION**
**CLERK OF COURT**                                  **404-215-1655**

January 6, 2011

Joy Wright
Clerk of Court
Magistrate Court of Rockdale County
945 Court Street
Conyers, GA 30012

       Re:    Saad v. Bess
               Your Case Number: 2010MAG6098

Dear Ms. Wright:

       Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.  For your convenience, a certified copy of the docket sheet from the district court action is also enclosed.

                                            Sincerely,

                                            James N. Hatten
                                            Clerk of Court


                               By:   s/ Amy Cash McConochie
                                         Deputy Clerk

Enclosure